IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MAUREEN A. HUTSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV283 |
| | ) | |
| v. | ) | |
| | ) | |
| WELLS DAIRY, INC., an Iowa corporation, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on plaintiff's motion for extension of response deadline (Filing No. 24).  The Court notes plaintiff has now filed her brief (Filing No. 25) and index of evidence (Filing No. 26) in opposition to defendant's motion for summary judgment.  Accordingly,

      IT IS ORDERED that plaintiff's motion for extension of response deadline is denied as moot.

      DATED this 23rd day of September, 2008.

                                    BY THE COURT:

                                    /s/ Lyle E. Strom
                                  _____
                                  LYLE E. STROM, Senior Judge
                                  United States District Court