IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MAUREEN A. HUTSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV283 |
| | ) | |
| v. | ) | |
| | ) | |
| WELLS DAIRY, INC., an Iowa corporation, | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Defendant's motion for summary judgment is granted; plaintiff's complaint is dismissed.

2) Plaintiff's unopposed motion for an extension of discovery deadlines is denied as moot.

DATED this 19th day of November, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court